**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Jose Gregorio Sandoval v. DISA, Inc.; DISA Global Solutions, Inc.

Appellate case number:    01-17-00846-CV

Trial court case number:    2016-51272

Trial court:    269th Judicial District Court of Harris County


Appellant Jose Gregorio Sandoval's motion for rehearing is **denied.**



Justice's signature:  Evelyn Keyes
                       Acting for the Court


Panel consists of Justices Keyes and Lloyd.*


Date:  <u>May 9, 2019</u>




*Justice Bland was a member of the original panel, but her term of office expired in the interim. The two remaining justices ruled on the motion. *See* Tex. R. App. P. 49.3.